USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
-against-                     :        24-CR-696 (VEC)
:
CURTIS WILLIAMS,                             :        ORDER
:
Defendant.      :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 24, 2025, the parties appeared for a status conference;

    IT IS HEREBY ORDERED that any pretrial motions are due **Friday, June 27, 2025**, responses to pretrial motions are due **Friday, August 1, 2025**, and reply papers are due **Friday, August 15, 2025**.

    IT IS FURTHER ORDERED that expert disclosures are also due **Friday, June 27, 2025**.

    IT IS FURTHER ORDERED that the parties' motions *in limine* are due **Friday, September 5, 2025**, and responses to the motions *in limine* are due **Friday, September 19, 2025**.

    IT IS FURTHER ORDERED that requests to charge and *voir dire* questions are due **Friday, September 26, 2025**.

    IT IS FURTHER ORDERED that the final pretrial conference will be held on **Thursday, October 23, 2025, at 2:30 P.M.** Jury selection and trial will begin on **Monday, October 27, 2025, at 10:00 A.M.** Both the conference and trial will be held in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that time is excluded for the period between April 24, 2025, and October 27, 2025, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice are served because the need for Defendant to review the high quantity of discovery in this case outweighs the interest of the public and the Defendant in a speedy trial.

**SO ORDERED.**

Date: **April 24, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**