

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2025

E. DANYA PERRY
Founding Partner
212-840-7939 PHONE
dperry@danyaperrylaw.com EMAIL

July 25, 2025

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007



**MEMO ENDORSED**

Re:   *USA v. Curtis Williams*, 24-cr-696 (VEC)

Dear Judge Caproni:

    I am counsel for Defendant Curtis Williams in the above-captioned case, having been appointed pursuant to the Criminal Justice Act. I write to respectfully request that Your Honor authorize the appointment of an attorney at my firm, Brittany Garcia Hanke (No. 6140164), as a paralegal, to assist me in various aspects of the case.

    Mrs. Hanke was recently sworn into the U.S. District Court for the Southern District of New York. She regularly assists me and other partners in my law office in criminal matters. Prior to working at my firm, she litigated cases in New York State and across the country as an attorney at Davis Polk & Wardwell, LLP. She graduated from Harvard Law School in 2023.

    Mrs. Hanke has been critical in the defense of Mr. Williams thus far, including by assisting in the review of a large volume of discovery. Her continued involvement is needed in this matter to continue to review the government's additional productions and to maintain communication with Mr. Williams. If the Court grants this application, it is respectfully requested that Mrs. Hanke be appointed as a paralegal in this case at the CJA rate of $90.00 per hour, nunc pro tunc, to December 17, 2024.

    We appreciate Your Honor's consideration.

> Application GRANTED. Brittany Garcia Hanke is appointed as a paralegal to assist CJA counsel E. Danya Perry at the CJA Rate of $90.00 per hour.
>
> SO ORDERED.
>
> *[signature]*   7/28/2025
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

Sincerely,

*/s/ E. Danya Perry*
E. Danya Perry (No. 2839983)
Perry Law
445 Park Avenue, 7th Floor
New York, NY 10022
Email: dperry@danyaperrylaw.com
Telephone: (212) 840-7939
Facsimile: (646) 849-9609

*Attorney for Defendant Curtis Williams*