

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   1/13/2026

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 12, 2026

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312



MEMO ENDORSED

    Re:    *United States v. Curtis Williams*, 24 Cr. 696 (VEC)

Dear Judge Caproni:

    The Government respectfully writes to request, with the defendant's consent, a two-week extension of the deadline for the parties to provide expert disclosures in the above-referenced case.[1]  As the Court is aware, the defendant has made a submission for consideration by the Government's Mitigation Committee.  The Committee's review of that submission is now complete, and the parties are currently in the process of discussing a potential pretrial resolution of this case.  To that end, as the Court knows, the parties have contacted Chambers in the hopes of scheduling a change-of-plea hearing within the next two weeks.  Accordingly, the Government respectfully requests a two-week adjournment of the expert disclosure deadline in order to permit both parties to conserve the resources that would be required to retain expert witnesses in this case, in the event that a pretrial resolution can be reached within that time period.  The remaining pretrial schedule would remain unchanged.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By: _____
    Alexandra S. Messiter / Remy Grosbard
    Assistant United States Attorneys
    (212) 637-2544 /2446

Cc: All counsel (by ECF)

---

[1] The parties are mindful of the Court's prior admonition that, absent extraordinary circumstances, the Court will not further extend the deadlines for pretrial motions.  Accordingly, the parties do not request any extension as to those deadlines.

Application GRANTED.  The parties' deadline to submit expert disclosures is ADJOURNED *nunc pro tunc* from January 12, 2026, to **Monday, January 26, 2026.**

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 43.


SO ORDERED.

1/13/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE