

PERRY LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/13/2026___

MARC SILVERMAN
Partner
212-710-0239 PHONE
msilverman@danyaperrylaw.com EMAIL

**MEMO ENDORSED**

January 12, 2026

**By ECF**
Hon. Valerie E. Caproni
United States District Court Southern District of New York
500 Pearl St.
New York, New York 10007

   Re: *United States v. Williams*, 24 Cr. 696 (VEC)

Dear Judge Caproni:

   We represent Curtis Williams in this matter and, with the consent of the government, write to respectfully request—*nunc pro tunc*—the Court's permission to file two exhibits related to a motion to suppress in redacted form.

   Under Individual Rule 3(A)(i), a party wishing to file a submission in redacted form must request permission to do so. More specifically, the party must "[f]ile a letter on ECF that (a) requests the redaction or sealing; (b) indicates whether the party's adversary consents to the redactions or sealing; and (c) explains why redactions or sealing are appropriate, in light of the presumption to access to the federal courts."

   Earlier today, we filed three pretrial motions, including a motion to suppress evidence. In support of that motion, we submitted two exhibits that contain certain Personally Identifiable Information ("PII"): Mr. Williams's full date of birth, a full financial account number, and the Tax IDs of two New York City Police officers. Pursuant to Rule 49.1(a) of the Federal Rules of Criminal Procedure, we included limited redactions to protect that PII. But, with apologies, we overlooked the need for a letter motion under Individual Rule 3(A)(i) to first request the Court's permission for such redactions.

   Accordingly, we request permission to file Exhibits Five and Six in support of the Motion to Suppress Evidence Recovered From the Car and the Cell Phones with limited redactions to protect the PII described above. Assistant United States Attorney Alexandra Messiter confirmed that the government consents to such redactions. We respectfully submit that such redactions are appropriate to protect PII, that such redactions are consistent with Fed. R. Crim. P. 49.1(a), and that such redactions will not limit the ability of the public to understand the issues presented in the relevant motion.

We therefore respectfully submit that these limited redactions are appropriate and request the Court's permission to file the two exhibits in redacted form.

Dated: January 12, 2026                     Respectfully submitted,

                                            /s/ Marc Silverman
                                            Marc Silverman
                                            New York Bar No. 4480661
                                            E. DANYA PERRY PLLC
                                            445 Park Avenue, 7th Floor
                                            New York, NY 10022
                                            Tel: (212) 213-3070
                                            msilverman@danyaperrylaw.com

                                            Attorney for Defendant
                                            Curtis Williams

cc:     All counsel of record, by ECF

Application GRANTED.  Defendant may file Exhibits Five and Six in support of the Motion to Suppress Evidence with limited redactions.  The redactions proposed by Defendant are appropriate, and the documents submitted at Dkts. 38-5 and 38-6 are the operative public versions.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 42.

SO ORDERED.

                                            1/13/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2