

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    1/16/2026

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 15, 2026



**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *United States v. Curtis Williams*, 24 Cr. 696 (VEC)

Dear Judge Caproni:

The Government respectfully writes, on behalf of both parties, to request that the Court schedule a change-of-plea hearing in the above-captioned case on Friday, January 23, 2026 at 2:30 p.m., a date and time that the Government understands is convenient for the Court.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Alexandra S. Messiter / Remy Grosbard
Assistant United States Attorneys
(212) 637-2544 /2446

Cc: All counsel (by ECF)

---

Application GRANTED.  The parties are directed to appear for a change-of-plea hearing in this case on **Friday, January 23, 2026, at 2:30 P.M.**  The hearing will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 46.

SO ORDERED.

1/16/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE