**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/22/2026___

UNITED STATES OF AMERICA

*v.*

CURTIS WILLIAMS

1:24-CR-00696 (VEC)

### DEFENDANT CURTIS WILLIAMS'S CONSENT TO REPRESENTATION

I understand that the attorney appointed to represent me in this matter, E. Danya Perry, is unable to attend the change-of-plea hearing scheduled for January 23, 2026. Pursuant to Section VIII(A) of the SDNY CJA Plan, I hereby provide my written consent to be represented by Attorney Marc Silverman—a partner at Attorney Perry's law firm who is admitted to practice before this Court and has entered a notice of appearance in this matter—at the upcoming hearing.

_____
Curtis Williams
Defendant

___1/16/26___
Date

So ordered this 22nd day of January, 2026 in the United States District Court for the Southern District of New York.

_____
The Honorable Valerie E. Caproni
United States District Judge