UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA,                   :
:
        -against-                              :        24-CR-696 (VEC)
:
CURTIS WILLIAMS,                            :          ORDER
:
                 Defendant.             :
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/27/2026___

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 23, 2026, Defendant Curtis Williams waived indictment and pled guilty to Counts One and Two of the S1 Superseding Information;

IT IS HEREBY ORDERED that the parties must appear for sentencing on **Monday, May 18, 2026, at 2:30 P.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.  Sentencing submissions are due not later than **Monday, May 4, 2026**.

IT IS FURTHER ORDERED that all outstanding deadlines in this case are ADJOURNED.  Defendant's motion to dismiss (Dkt. 35), motion to suppress evidence (Dkt. 37), and motion to suppress post-arrest statement (Dkt. 39) are each DENIED as moot.  The Clerk of Court is respectfully directed to terminate the open motions at Dkts. 35, 37, and 39.

**SO ORDERED.**

Date:  **January 27, 2026**
      **New York, NY**

_____
           **VALERIE CAPRONI**
        **United States District Judge**