UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -against-

CURTIS WILLIAMS,

                     Defendant.

------------------------------------------------------------------X

24-CR-696 (VEC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/13/2026___

VALERIE CAPRONI, United States District Judge:

      WHEREAS on Tuesday, May 12, 2026, at 2:00 P.M., counsel for Defendant emailed the Court noting that "[d]ue to a scheduling conflict, we request the Court's permission to have Attorneys Kenneth Crouch and Joshua Perry appear in appointed counsel's place for this hearing," *see* Ex. A;

      WHEREAS the Court referred counsel to Section VIII.A of the SDNY CJA Plan and informed counsel that, "if [CJA Appointed Counsel] is unable to attend Defendant's sentencing, she must submit a motion for consent representation that adequately explains the 'special or unexpected circumstances' warranting her absence or otherwise request an adjournment," *see id.*; and

      WHEREAS counsel sent a subsequent email to the Court at 5:19 P.M., stating that "[a]fter conferring with CJA [Appointed] Counsel, we will arrange scheduling to ensure that she is able to appear for sentencing on the 18th. Per the attached authorization from our client, defense counsel respectfully requests that Attorney Crouch be permitted to assist CJA Counsel in the proceeding as well," *see id.*;

      IT IS HEREBY ORDERED, as the Court has previously stated, that it is CJA Appointed Counsel's obligation to represent Defendant at his sentencing.  Counsel has now represented to

the Court that whatever conflict existed for CJA Appointed Counsel on May 12, 2026, at 2:00 P.M., had dissipated by May 12, 2026, at 5:19 P.M.  *See id.*  Given that Mr. Kenneth Crouch, Esq., has already submitted a notice of appearance in this action, *see* Dkt. 16, and assuming that he is admitted to practice law in the Southern District of New York, it is unclear what is being sought from the Court.

**SO ORDERED.**

**Date:  May 13, 2026**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

2

# EXHIBIT A

| | |
|---|---|
| **From:** | Kenneth Crouch |
| **To:** | Caproni NYSD chambers |
| **Cc:** | Joshua Perry; Amaya Flores; Messiter, Alexandra (USANYS); Grosbard, Remy (USANYS); E. Danya Perry |
| **Subject:** | RE: U.S. v. Williams (24 Cr. 696) (VEC) | Consent to Representation Request |
| **Date:** | Tuesday, May 12, 2026 5:19:33 PM |
| **Attachments:** | image001.png<br>2026.05.12_Consent to Representation.pdf |

<mark>CAUTION - EXTERNAL:</mark>

Dear Chambers,

Thank you for your message. After conferring with CJA Counsel, we will arrange scheduling to ensure that she is able to appear for sentencing on the 18th. Per the attached authorization from our client, defense counsel respectfully requests that Attorney Crouch be permitted to assist CJA Counsel in the proceeding as well. Please advise if the attachment should still be filed via ECF for the Court's consideration.

Thank you very much,



**Kenneth Crouch**
Associate | Perry Law

445 Park Avenue, 7th Floor, New York, NY 10022
212-389-6439 **phone** 203-300-9180 **mobile**
kcrouch@danyaperrylaw.com **email**
danyaperrylaw.com **website**

**From:** Caproni NYSD chambers <CaproniNYSDchambers@nysd.uscourts.gov>
**Sent:** Tuesday, May 12, 2026 4:50 PM
**To:** Kenneth Crouch <kcrouch@danyaperrylaw.com>
**Cc:** Joshua Perry <jperry@danyaperrylaw.com>; Amaya Flores <aflores@danyaperrylaw.com>; Messiter, Alexandra (USANYS) <alexandra.messiter@usdoj.gov>; Grosbard, Remy (USANYS) <remy.grosbard@usdoj.gov>; E. Danya Perry <dperry@danyaperrylaw.com>
**Subject:** RE: U.S. v. Williams (24 Cr. 696) (VEC) | Consent to Representation Request

Counsel:

Section VIII.A of the SDNY CJA Plan provides: "The appointed attorney should act as the lead attorney throughout the representation and should personally meet with the client to discuss all significant decisions. The appointed attorney should also personally make all court appearances **absent special or unexpected circumstances** and may not delegate responsibilities such as [ ] sentencings [ ] to a partner or associate without written consent of the defendant and the Court."

If appointed counsel is unable to attend Defendant's sentencing, she must submit a motion for consent representation that adequately explains the "special or unexpected circumstances"

warranting her absence or otherwise request an adjournment.

**All such motions and adjournment requests must be made via ECF.**

Thank you.

---

**From:** Kenneth Crouch <kcrouch@danyaperrylaw.com>
**Sent:** Tuesday, May 12, 2026 2:00 PM
**To:** Caproni NYSD chambers <CaproniNYSDchambers@nysd.uscourts.gov>
**Cc:** Joshua Perry <jperry@danyaperrylaw.com>; Amaya Flores <aflores@danyaperrylaw.com>; Messiter, Alexandra (USANYS) <alexandra.messiter@usdoj.gov>; Grosbard, Remy (USANYS) <remy.grosbard@usdoj.gov>
**Subject:** Re: U.S. v. Williams (24 Cr. 696) (VEC) | Consent to Representation Request

<mark>CAUTION - EXTERNAL:</mark>

Dear Chambers,

We represent Mr. Williams in the above-referenced matter, currently scheduled for a sentencing hearing on May 18, 2026, at 2:30 PM.

Due to a scheduling conflict, we request the Court's permission to have Attorneys Kenneth Crouch and Joshua Perry appear in appointed counsel's place for this hearing. Per the attached, Mr. Williams has provided written consent to their appearing on his behalf to avoid any delay in the proceedings.

Please let us know if the Court requires a formal motion or if this email is sufficient. Thank you.

Sincerely,

**Kenneth Crouch**
Associate | Perry Law



445 Park Avenue, 7th Floor, New York, NY 10022
212-389-6439 phone 203-300-9180 mobile
kcrouch@danyaperrylaw.com email
danyaperrylaw.com website

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>